# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **WELLS FARGO FINANCIAL NATIONAL BANK**, <br>     Plaintiff, <br> v. <br> **POWER HOME REMODELING GROUP, LLC,** <br>     Defendant. | Case No. 4:17-cv-00159 <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, plaintiff Wells Fargo Financial National Bank, by and through its attorneys, hereby dismisses the above-captioned matter in its entirety, with prejudice.

Dated: August 23, 2017

**FAEGRE BAKER DANIELS LLP**

/s/ Terri L. Combs
Terri L. Combs (lead counsel)
*terri.combs@faegrebd.com*
Elizabeth J. Carter
*elizabeth.carter@faegrebd.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR PLAINTIFF WELLS FARGO FINANCIAL NATIONAL BANK**

## CERTIFICATE OF SERVICE

I, hereby certify that on the 23rd day of August 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and sent a copy via electronic mail to the following:

/s/ Paulette A. Ohnemus

David B. Smith
Smith Kane Holman LLC
112 Moores Rd
Suite 300
Malvern, PA 19355
dsmith@skhlaw.com

***Attorney for Defendant***